FILED-USDC-NDTX-DA
'24 JUN 17 PM3:22
kns

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

**Kasha Johnson**
Plaintiff

Civil Action No. **3-24CV1499-D**

v. **Mnsf II wl, LLC by its Agent Goal-Texas, LLC Bridge & SFR IV Seed Borrower**

Defendant **Jay A Bender; Paul Raleech; Ashley Titus; Katherine Elsnab Valex Amos**

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Date: 06/17/2024
Signature: Johnson, Kasha
Print Name: Johnson, Kasha
Bar Number: 
Address: 
City, State, Zip: 
Telephone: 
Fax: 
E-Mail: 

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.